**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――x

JOSEF VOLMAN,

      Plaintiff,

  -against-

TWOHANDS 101 INC d/b/a TWO HANDS CORN DOGS and 215 AVENUE B REALTY LLC,

      Defendants.
―――――――――――――――――――――x

Civil Action No. 1:22-cv-04456-RA

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff Josef Volman, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice.

    Dated: October 12, 2022

By:   /s/ Andre Autz, Esq._____

    Andre Autz, Esq .
      *Attorney for Plaintiff*
    Nacmias Law Firm, PLLC.
    940 Atlantic Ave
    Brooklyn, New York 11238
    (917) 602-6057